AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

DISTRICT OF __Massachusetts__

SUMMONS IN A CIVIL ACTION

Therrien

V.

CASE NUMBER: CA-03-30304

Falcor Auto Sales, Inc., et al.

TO: (Name and Address of Defendant)

Jonathan C. Stearns, President

Falcor Auto Sales, Inc.

373 Springfield Street

Feeding Hills, MA 01030

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

**Jason David Fregeau Esq.**
**47 Lincoln Road**
**Longmeadow, MA 01106**

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS                                               1/22/04

CLERK                                                       DATE

_____
BY DEPUTY CLERK

AO 440 (Rev.1/90) Summons in a Civil Action

# RETURN OF SERVICE

DATE

**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

*Hampden, ss.*

I hereby certify and return that on 1/27/2004 at 01:30 [illegible] I have [illegible] a true and attested copy of the FEDERAL SUMMONS & COMPLAINT in this action in the following manner: To wit, by delivering in hand to MATTHEW KOWSKY, CLERK, person in charge at the time of service for TAYLOR AUTO SALES, INC., JONATHAN STEARNS, PRESIDENT, 575 SPRINGFIELD Street, FEEDING HILLS, MA 01030. Attestation x 1 ($5.00), Conveyance ($5.00), Travel ($7.68), Basic Service Fee ($30.00) Mailing 1 ($1.00) Total Charges $47.28

Deputy Sheriff MICHAEL POWERS

_____
Deputy Sheriff

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
             *Date*                *Signature of Server*

                                _____
                                *Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.