UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## ORDER OF REFERENCE

David Therrien

v.

Julcor Auto Sales, Inc, et al

CA/CR No. 03-30304-MAP

Criminal Category _____

Check if previously referred ☐

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge _____ for the following proceedings:

(A) ☐ Referred for full pretrial case management, including all dispositive motions.

(B) ☐ Referred for full pretrial case management, not including dispositive motions.

(C) ☐ Referred for discovery purposes only.

(D) ☐ Referred for Report and Recommendation on:

( ) Motion(s) for injunctive relief
( ) Motion(s) for judgment on the pleadings
( ) Motion(s) for summary judgment
( ) Motion(s) to permit maintenance of a class action
( ) Motion(s) to suppress evidence
( ) Motion(s) to dismiss
( ) Post Conviction Proceedings[1]
See Documents Numbered: _____

(E) Case referred for events only. See Doc. No(s). _____

(F) Case referred for settlement.

(G) Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
( ) In accordance with Rule 53, F.R.Civ.P.
( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H) Special Instructions: Rule 16 Conf

2/10/04
Date

By: Mary Finn
Deputy Clerk

(OrRef for pdf.wpd - 05/2003)

---

[1] See reverse side of order for instructions