IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| DAVID THERRIEN, | : CA-03-30304-MAP |
| Plaintiff | : |
| | : |
| v. | : |
| | : |
| FALCOR AUTO SALES, INC., | : |
| JONATHAN C. STEARNS, | : |
| JOHN DOE 1 aka "MATT", | : |
| JOHN DOE 2 aka "CIRO", | : |
| JOHN DOE 3 aka "RAY", | : |
| Defendants | : |

Plaintiff's Motion to Strike Answer of Defendant Falcor Auto Sales and Strike in Part Answer of Defendant Stearns

Plaintiff David Therrien moves to strike the answer & counterclaim of Defendant Falcor Auto Sales ("Falcor") and strike in part the answer & counterclaim of Defendant Stearns. These answers were filed by non-attorneys on behalf of other persons, which is prohibited by M.G.L. ch. 221 s. 46A. See Varney Enterprises, Inc. v. WMF, Inc., 402 Mass. 79, 81-82 (1988).

The answer & counterclaim filed for Defendant Falcor is signed by "Mathew P. Falkowski" who, from information and belief, is not an attorney licensed to practice in Massachusetts or the

Federal District Court for the District of Massachusetts. Fregeau Aff., pars. 2-4. Even though Mr. Falkowski appears to be an officer of the corporation -- and likely Defendant Doe 1, also known as "Matt" -- corporations must appear in non-small-claims courts by way of counsel. Id. Since it is the result of the unauthorized practice of law, Defendant Falcor's answer & counterclaim should be striken.

Defendant Stearns filed an answer for himself as well as for unspecified defendants and a counterclaim for Defendant Falcor. Again, Defendant Stearns, from information and belief, is not an attorney licensed to practice in Massachusetts or the Federal District Court for the District of Massachusetts. Fregeau Aff., pars. 5-7. Defendant Stearns' answer and counterclaim -- to the extent that it purports to answer & counterclaim for other persons -- should be stricken. Defendant Stearns' answer in regard to himself, however, should be allowed to stand.

For those Defendants' answers that are stricken, those Defendants should be given twenty days to file proper answers.

Respectfully submitted,

*[signature]*

Jason David Fregeau,
Trial Attorney (565657)

47 Lincoln Road
Longmeadow, MA 01106
413/567-2461
413/567-2932 fax

Attorney for Plaintiff

Certificate of Service

I certify that a copy of the foregoing Plaintiff's Motion to Strike Answer of Defendant Falcor Auto Sales and Strike in Part Answer of Defendant Stearns has been served by United States Mail, postage prepaid, upon Defendants at 373 Springfield Street, Agawam, MA 01001, this 16th day of February, 2004.

*[signature]*

Jason David Fregeau, Esq.

**AFFIDAVIT**

State of Massachusetts
County of Hampden, SS:

Jason David Fregeau, Esq., being first duly sworn upon oath, deposes and says:

1. I am making this affidavit based upon personal knowledge, and I am competent to testify in the matters stated below. I am the Trial Attorney for Plaintiff in the matter of <u>Therrien v. Falcor Auto Sales, et al.</u>, No. CA-03-30304-MAP.

2. There is no "Mathew Falkowski" listed on the Massachusetts Board of Bar Overseers' web site.

3. Mr. Falkowski does not provide a Bar number.

4. A "Mathew Falkowski" is listed as the treasurer of Defendant Falcor Auto Sales on the Massachusetts Secretary of State's web site.

5. There is no "Jonathan Stearns" listed on the Massachusetts Board of Bar Overseers' web site.

6. Defendant Stearns does not provide a Bar number.

7. Defendant Stearns is listed as Defendant Falcor Auto Sales' president on the Massachusetts Secretary of State's web site.

Further affiant sayeth naught.

Signed under the pains and penalties of perjury on this 16th day of February, 2004.

_____
Jason David Fregeau, Esq.