```
            IN THE UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
                   WESTERN DIVISION
```

DAVID THERRIEN,                          :   CA-03-30304-MAP
        Plaintiff                    :
                                     :
        v.                           :
                                     :
FALCOR AUTO SALES, INC.,                 :
JONATHAN C. STEARNS,                     :
JOHN DOE 1 aka "MATT",                   :
JOHN DOE 2 aka "CIRO",                   :
JOHN DOE 3 aka "RAY",                    :
        Defendants                   :
_____

Plaintiff's Notice of his Attempts to Fashion a Joint Statement
_____


   Plaintiff David Therrien gives notice of his attempts to fashion a joint statement. A draft joint statement was sent to Defendant Stearns on February 25, 2004 (attached). Mr. Stearns was called Tuesday, March 16, 2004, to discuss the plan. A message was left, but not returned.

   Mr. Therrien is confident that a plan can be timely fashioned. This notice is offered only to protect Mr. Therrien's rights in regard to the litigation.

Respectfully submitted,


Jason David Fregeau,
Trial Attorney (565657)

47 Lincoln Road
Longmeadow, MA 01106
413/567-2461
413/567-2932 fax

Attorney for Plaintiff


Certificate of Service

I certify that a copy of the foregoing Plaintiff's Notice of his Attempts to Fashion a Joint Statement has been served by United States Mail, postage prepaid, upon Defendants at 373 Springfield Street, Agawam, MA 01001, this 18th day of March, 2004.


_____
Jason David Fregeau, Esq.

**Jason David Fregeau**
Attorney at Law
47 Lincoln Road
Longmeadow, MA 01106
Tel 413/567-2461
Fax 413/567-2932
*Also admitted in Ohio*

February 25, 2004

By United States Mail

Jonathan C. Stearns, President
Falcor Auto Sales, Inc.
373 Springfield St.
Feeding Hills, MA  01030

Re: Therrien v. Falcor Auto Sales, Inc., et al.

Dear Mr. Stearns:

   Pursuant to the Court's scheduling order in the above matter, I have enclosed a draft of the joint statement. Please note that, since none of the other Defendants has made a proper appearance in this case, i.e. represented by counsel, you are the only Defendant able to sign the statement. As scheduled by the Court, we should talk by phone on or about March 15, 2004, regarding the statement.

   Thank you for your attention. Should you have any questions, please feel free to contact me.

                                        Sincerely,


                                        Jason David Fregeau, Esq.

```
             IN THE UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
                      WESTERN DIVISION

DAVID THERRIEN,                  :      CA-03-30304-MAP
          Plaintiff              :
                                 :
          v.                     :
                                 :
FALCOR AUTO SALES, INC.,         :
JONATHAN C. STEARNS,             :
JOHN DOE 1 aka "MATT",           :
JOHN DOE 2 aka "CIRO",           :
JOHN DOE 3 aka "RAY",            :
          Defendants             :
_____

                     Joint Statement
_____
```

Pursuant to Federal Rules of Civil Procedure 16 & 26 and Local Rule 16.1, the parties submit the following statement:

### I. Proposed Agenda

1. Discussion of the facts and the law.

2. Settlement.

3. The scheduling of pre-trial and dispositive motions.

### II. Magistrate Judge

There is not unanimous consent to plenary magistrate jurisdiction.

### III. Settlement

Plaintiff presented a written settlement proposal to Defendants on November 11, 2003. Defendants have not responded.

### IV. Discovery Plan

The parties agree that phased discovery might be appropriate.

The parties present the following agreed schedule, subject to approval by the Court:

(1) Initial disclosures will be made by April 24, 2004.

(1) Initial written discovery to be served on or before May 24, 2004.

(2) All fact discovery, including depositions, but not including expert witness discovery, to be completed on or before October 24, 2004.

(3) Plaintiff does not anticipate calling an expert witness unless to rebut any expert called by Defendants.

(4) Defendants shall serve Plaintiff with all expert witness identification(s) and report(s) pursuant to Rule 26(a)(2) on or before October 1, 2004.

(5) Expert discovery completed by December 1, 2004.

### V. Certification

The certifications required by Local Rule 16.1(d)(3)(a) & (b)

will be filed on or before the scheduling conference.


Respectfully submitted,


_____
Jason David Fregeau,
Attorney for Plaintiff


_____
Jonathan C. Stearns, *pro se*


## Certificate of Service

I certify that a copy of the foregoing draft Joint Statement has been served by United States Mail, postage prepaid, upon Defendants at 373 Springfield Street, Agawam, MA 01001, this 25th day of February, 2004.


_____
Jason David Fregeau, Esq.