IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | | |
|---|---|---|
| DAVID THERRIEN, | : | CA-03-30304-MAP |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| FALCOR AUTO SALES, INC., | : | |
| JONATHAN C. STEARNS, | : | |
| JOHN DOE 1 aka "MATT", | : | |
| JOHN DOE 2 aka "CIRO", | : | |
| JOHN DOE 3 aka "RAY", | : | |
| Defendants | : | |

Plaintiff's Motion to Continue Scheduling Conference

Plaintiff David Therrien moves to continue the scheduling conference currently set for Wednesday, March 24, 2004, at 11:30 a.m. before Magistrate Judge Neiman. Mr. Therrien's counsel received confirmation today (March 17) that a trial in Dayton, Ohio, Havens-Tobias v. Fagle, et al., No. 01-1353 (Montgomery County Common Pleas), has been scheduled for Monday March 22. Fregeau Aff., par. 2-4. While the trial is scheduled for two days and could be over Tuesday, Mr. Therrien believes that prudence dictates a continuance.

                Respectfully submitted,

                Jason David Fregeau,
                Trial Attorney (565657)

                47 Lincoln Road
                Longmeadow, MA 01106
                413/567-2461
                413/567-2932 fax

                Attorney for Plaintiff

              Certificate of Service

I certify that a copy of the foregoing Plaintiff's Motion to Continue Scheduling Conference has been served by United States Mail, postage prepaid, upon Defendants at 373 Springfield Street, Agawam, MA 01001, this 17th day of March, 2004.

                Jason David Fregeau, Esq.

**AFFIDAVIT**

State of Massachusetts
County of Hampden, SS:

Jason David Fregeau, Esq., being first duly sworn upon oath, deposes and says:

1. I am making this affidavit based upon personal knowledge, and I am competent to testify in the matters stated below. I am the Trial Attorney for Plaintiff in the matter of <u>Therrien v. Falcor Auto Sales, et al.</u>, No. CA-03-30304-MAP.

2. I received a call from the bailiff for the Honorable Barbara Gorman in Dayton, Ohio, that <u>Havens-Tobias v. Eagle, et al.</u>, No. 01-1353, was set for jury trial on Monday, March 22, 2004, at 9 a.m. I am trial attorney for this case.

3. Prior to the call today, trial was not firmly set for March 22 and could have started any day next week.

4. Trial is likely to last two days; however, there is no predicting the pace of a trial or the time a jury will take for deliberations. These consideration plus travel scheduling and time indicate that I might not be in Springfield on Wednesday, March 24, 2004, at 11:30 a.m.

Further affiant sayeth naught.

Signed under the pains and penalties of perjury on this 17th day of March, 2004.

/s/
_____
Jason David Fregeau, Esq.