IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | | |
|---|---|---|
| DAVID THERRIEN, | : | CA-03-30304-MAP |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| FALCOR AUTO SALES, INC., | : | |
| JONATHAN C. STEARNS, | : | |
| JOHN DOE 1 aka "MATT", | : | |
| JOHN DOE 2 aka "CIRO", | : | |
| JOHN DOE 3 aka "RAY", | : | |
|     Defendants | : | |

Plaintiff's Certifications

    Plaintiff David Therrien certifies that he has conferred with his attorney concerning:

    (a) the budget for the costs of conducting the full course and various alternative courses of this litigation, and

    (b) the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

/s/ David Therrien<br>
David Therrien

Respectfully submitted,

Jason David Fregeau,
Trial Attorney (0055426)

47 Lincoln Road
Longmeadow, MA 01106
413/567-2461
413/567-2932 fax

Attorney for Plaintiff

Certificate of Service

I certify that a copy of the foregoing Plaintiff's Certifications has been served by United States Mail, postage prepaid, upon Defendants at 373 Springfield Street, Agawam, MA 01001, this 14th day of March, 2004.

Jason David Fregeau, Esq.