UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CA-03-30304-MAP

DAVID THERRIEN,
    Plaintiff,

vs.

FALCOR AUTO SALES, INC.,
JONATHAN C. STEARNS,
JOHN DOE 1 aka "MATT",
JOHN DOE 2 aka "CIRO",
JOHN DOE 3 aka "RAY",
    Defendants.

## APPEARANCE OF COUNSEL

I, Mary Anne Stamm, enter my appearance in this action as Attorney for the defendant Falcor Auto Sales Inc.

    The Defendant
    Falcor Auto Sales, Inc.
    By its Attorney

    Mary Anne Stamm, Esquire
    HARE, STAMM, DAYS & HARRIS, P.A.
    Sovereign Bank Building, Suite 1000
    1350 Main Street
    Springfield, MA  01103
    BBO# 548785
    Tel 413 731-5800
    Fax 413 732-5828

## CERTIFICATE OF SERVICE

I, certify that a copy of the foregoing has been served on the plaintiff in this action by mailing a copy via first class mail to Attorney Jason David Fregeau, 47 Lincoln Road, Longmeadow, MA  01106 on March 29, 2004 and also by sending a copy via facsimile to 567-2932.

    Mary Anne Stamm

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CA-03-30304-MAP

DAVID THERRIEN,
    Plaintiff,

vs.

FALCOR AUTO SALES, INC.,
JONATHAN C. STEARNS,
JOHN DOE 1 aka "MATT",
JOHN DOE 2 aka "CIRO",
JOHN DOE 3 aka "RAY",
    Defendants.

## APPEARANCE OF COUNSEL

I, Mary Anne Stamm, enter my appearance in this action as Attorney for the defendant Jonathan C. Stearns.

> The Defendant
> Jonathan C. Stearns
> By its Attorney
>
> _____
> Mary Anne Stamm, Esquire
> HARE, STAMM, DAYS & HARRIS, P.A.
> Sovereign Bank Building, Suite 1000
> 1350 Main Street
> Springfield, MA  01103
> BBO# 548785
> Tel 413 731-5800
> Fax 413 732-5828

## CERTIFICATE OF SERVICE

I, certify that a copy of the foregoing has been served on the plaintiff in this action by mailing a copy via first class mail to Attorney Jason David Fregeau, 47 Lincoln Road, Longmeadow, MA  01106 on March 29, 2004 and also by sending a copy via facsimile to 567-2932.

_____
Mary Anne Stamm