UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CA-03-30304-MAP

DAVID THERRIEN,
    Plaintiff,

vs.

FALCOR AUTO SALES, INC.,
JONATHAN C. STEARNS,
JOHN DOE 1 aka "MATT",
JOHN DOE 2 aka "CIRO",
JOHN DOE 3 aka "RAY",
    Defendants.

## MOTION OF DEFENDANTS TO CONTINUE SCHEDULING CONFERENCE

The Defendants FALCOR AUTO SALES, INC. and JONATHAN C. STEARNS move this Honorable Court to continue the scheduling conference in this case which is currently set for Wednesday, March 31, 2004 at 10:30 a.m. before Magistrate Judge Kenneth P. Neiman.

The Defendants in this action have only recently retained counsel to represent them in this matter. Counsel has two previously scheduled trials in the Hampden Superior Court in Springfield, Massachusetts on March 31, 2004. They are Commonwealth v. Damall Dyer which is indictment nos. 02-584 and Commonwealth vs. James Henley which is indictment nos.

. Counsel also has a third trial scheduled in the Hampden Superior Court on March 29, 2004, Commonwealth vs. Gerald Eddington, indictment nos. 02-907. Although it is possible that the trials scheduled for March 31 will not commence on that date, it is quite likely that counsel will be engaged in the Eddington matter which was scheduled earlier in the week.

Counsel also proffers that additional time will enable her to meet with counsel for the Plaintiff, to further investigate the facts of the case and to otherwise prepare to engage in a meaningful scheduling conference of this case.

Counsel for the Plaintiff does not oppose this motion.

                                      Respectfully submitted
                                      On behalf of the Defendants
                                      Jonathan C. Stearns and
                                      Balcor Auto Sales, Inc.

                                      Mary Anne Stamm, Esquire
                                      HARE, STAMM, DAYS & HARRIS, P.A.
                                      Sovereign Bank Building, Suite 1000
                                      1350 Main Street
                                      Springfield, MA   01103
                                      BBO# 548785
                                      Tel 413 731-5800
                                      Fax 413 732-5828

March 29, 2004

### CERTIFICATE OF SERVICE

I, certify that a copy of the foregoing has been served on the plaintiff in this action by mailing a copy via first class mail to Attorney Jason David Fregeau, 47 Lincoln Road, Longmeadow, MA   01106 on March 29, 2004 and also by sending a copy via facsimile to 567-2932.

                                                    Mary Anne Stamm

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CA-03-30304-MAP

DAVID THERRIEN,
    Plaintiff,

vs.

FALCOR AUTO SALES, INC.,
JONATHAN C. STEARNS,
JOHN DOE 1 aka "MATT",
JOHN DOE 2 aka "CIRO",
JOHN DOE 3 aka "RAY",
    Defendants.

AFFIDAVIT OF COUNSEL IN SUPPORT OF
MOTION OF DEFENDANTS TO CONTINUE SCHEDULING CONFERENCE

I, Mary Anne Stamm, state under oath that:

1. I am today filing appearances for the defendants who have been served by the Plaintiff in this case.

2. I was retained to represent these clients on March 25, 2004.

3. I have several matters scheduled for trial in the Hampden Superior Court in Springfield, Massachusetts during the week of March 29. They include Commonwealth vs. Gerald Eddington, which is scheduled for trial on March 29; Commonwealth vs. James Henley and Commonwealth vs. Damall Dyer which are scheduled for trial on March 31, 2003. While it is not likely that the trial of either the Henley or the Dyer matters will commence on time, I am required to appear in the Hampden Superior Court at 9:30 a.m. on March 31, 2004. I have witnesses under subpoena to appear on March 31 and will need to be

in court to meet with them and otherwise represent my clients.

4. I have not yet had an opportunity to confer with the attorney for the Plaintiff to discuss this case. I would like to confer with Plaintiff's counsel to explore the possibility of resolving this case before substantial attorney fees are incurred.

5. I believe that additional time will enable me to participate in a more meaningful manner in the scheduling conference.

6. On March 29, 2004, I called Attorney Jason David Fregeau, Plaintiff's counsel to advise him of this request for a continuance. He informed me that he does not oppose this request for a continuance and that I may represent the same to the court.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 29TH DAY OF MARCH 2004.

*Mary Anne Stamm*
Mary Anne Stamm