UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CA-03-30304-MAP

DAVID THERRIEN,
    Plaintiff,

vs.

FALCOR AUTO SALES, INC.,
JONATHAN C. STEARNS,
JOHN DOE 1 aka "MATT",
JOHN DOE 2 aka "CIRO",
JOHN DOE 3 aka "RAY",
    Defendants.

## CORPORATE DISCLOSURE STATEMENT

The Defendant Falcor Auto Sales Inc. states that it is non-governmental corporation organized and existing under the laws of the Commonwealth of Massachusetts with its principal place of business in Agawam, MA. Falcor Auto Sales Inc. submits the following statement of its corporate interests and affiliations:

1. Falcor Auto Sales, Inc. is not a publicly-held company;

2. Falcor Auto Sales, Inc. does not have any parent corporation; and

3. No publicly-held corporation owns ten percent or more of the stock of Falcor Auto Sales, Inc.

                                                                                        The Defendant Falcor Auto Sales, Inc.
                                                                                        By its Attorney

                                                                                        MaryAnne Stamm, Esquire
                                                                                        HARE, STAMM, DAYS & HARRIS, P.A.
                                                                                        Sovereign Bank Building, Suite 1000
                                                                                        1350 Main Street
                                                                                         Springfield, MA  01103
                                                                                        BBO# 548785
                                                                                        Tel 413 731-5800
                                                                                       Fax 413 732-5828

## CERTIFICATE OF SERVICE

I, certify that a copy of the foregoing has been served on the plaintiff in this action by mailing a copy via first class mail to Attorney Jason David Fregeau, 47 Lincoln Road, Longmeadow, MA 01106 on March 29, 2004 and also by sending a copy via facsimile to 567-2932.

*/s/ Mary Anne Stamm*
Mary Anne Stamm