UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CA-03-30304-MAP

DAVID THERRIEN,
    Plaintiff,

vs.

FALCOR AUTO SALES, INC.,
JONATHAN C. STEARNS,
JOHN DOE 1 aka "MATT",
JOHN DOE 2 aka "CIRO",
JOHN DOE 3 aka "RAY",
    Defendants.

## MOTION FOR LEAVE TO FILE ANSWER AND COUNTERCLAIM LATE

The Defendant Falcor Auto Sales, Inc. (hereinafter "Falcor") moves this Honorable Court for leave to file its Answer and Counterclaim late and forthwith. This motion is made on the following grounds:

1. The Defendant Falcor Auto Sales, Inc. is a Massachusetts corporation.

2. On February 10, 2004, Falcor filed an answer and counterclaim to the Plaintiff's complaint and served a copy on Plaintiff's counsel.

3. The answer and counterclaim of Falcor was not filed by an attorney on behalf of the corporation.

4. Plaintiff filed a Motion to Strike the Answer and Counterclaim of Falcor on February 16, 2004, which motion was allowed by the court.

5. Falcor has retained counsel to appear on its behalf.

Respectfully submitted
On behalf of Falcor Auto Sales, Inc.

*Mary Anne Stamm*

By: Mary Anne Stamm, Esquire
HARE, STAMM, DAYS & HARRIS, P.A.
Sovereign Bank Building, Suite 1000
1350 Main Street
Springfield, MA  01103
BBO# 548785
Tel 413 731-5800
Fax 413 732-5828

March 31, 2004

### CERTIFICATE OF SERVICE

I, certify that a copy of the foregoing has been served on the plaintiff in this action by mailing a copy via first class mail to Attorney Jason David Fregeau, 47 Lincoln Road, Longmeadow, MA  01106 on March 31, 2004.

*Mary Anne Stamm*

Mary Anne Stamm