UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

DAVID THERRIEN,                                      CA-03-30304-MAP
    Plaintiff,

vs.

FALCOR AUTO SALES, INC.,
JONATHAN C. STEARNS,
JOHN DOE 1 aka "MATT",
JOHN DOE 2 aka "CIRO",
JOHN DOE 3 aka "RAY",
    Defendants.

JOINT STATEMENT

Pursuant to Federal Rules of Civil Procedure 16 and 26 and Local Rule 16.1, the parties submit the following statement:

### I. Proposed Agenda

1. Discussion of the facts and the law
2. Settlement
3. The scheduling of pre-trial and dispositive motions.

### II. Magistrate Judge

There is not unanimous consent to plenary magistrate jurisdiction.

### III. Settlement

Negotiation between the parties is on-going. The parties have agreed to submit the case to mediation at the earliest agreeable date.

### IV. Discovery Plan

The parties agree that phased discovery might be appropriate.

The parties present the following agreed schedule, subject to approval by the Court:

(1) Initial disclosures will be made by July 26, 2004.

(2) Initial written discovery will be servoed on or before August 26, 2004.

(3) All fact discovery, including depositions, but not including expert witness discovery, to be completed on or before December 14, 2004;

(4) Plaintiff does not anticipated calling an expert witness unless to rebut any expert called by Defendants.

(5) Defendants shall serve Plaintiff with all expert witness identifications and reports pursuant to Rule 26(a)(2) on or before December 14, 2004.

(6) Expert discovery completed by January 25, 2005.

### V. Certification

The certifications required by Local Rule 16.1(d)(3(a) & (b) will be filed on or before the scheduling conference.

Respectfully submitted,

*/s/ Jason David Fregeau by MAS*
Jason David Fregeau,
Attorney for the Plaintiff

*/s/ Mary Anne Stamm*
Mary Anne Stamm
Attorney for Defendants
Falcor Auto Sales, Inc. and
Jonathan C. Stearns