UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID THERRIEN,                      )
         Plaintiff       )
                                     )
    v.                               )    Civil Action No.  03-30304-MAP
                                     )
                                     )
FALCOR AUTO SALES, INC.,             )
JONATHAN C. STEARNS,                 )
JOHN DOE 1 aka "MATT"                )
JOHN DOE 2 aka "CIRO"                )
JOHN DOE 3 aka "RAY,"                )
         Defendants   )

SCHEDULING ORDER
April 26, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference held April 23, 2004.

1. The parties shall complete their automatic disclosure by July 26, 2004.

2. All written discovery shall be served by August 26, 2004.

3. Non-expert depositions shall be completed by December 14, 2004.

4. Counsel shall appear for a case management conference on December 17, 2004, at 2:00 p.m. in Courtroom Three.

IT IS SO ORDERED.

                                            /s/ Kenneth P. Neiman
                                            KENNETH P. NEIMAN
                                            U.S. Magistrate Judge