IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | | |
|---|---|---|
| DAVID THERRIEN, | : | CA-03-30304-MAP |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| FALCOR AUTO SALES, INC., | : | |
| JONATHAN C. STEARNS, | : | |
| JOHN DOE 1 aka "MATT", | : | |
| JOHN DOE 2 aka "CIRO", | : | |
| JOHN DOE 3 aka "RAY", | : | |
| Defendants | : | |

___

### Agreed Dismissal with Prejudice

___

Pursuant to Federal Rules of Civil Procedure 41, the parties stipulate to the dismissal, with prejudice, of all claims against all parties.

Respectfully submitted,

_[signature]_

Jason David Fregeau,
Trial Attorney (565657)
47 Lincoln Road
Longmeadow, MA 01106
413/567-2461
413/567-2932 fax
Attorney for Plaintiff

_[signature]_

Mary Ann Stamm, Esquire
Hare Stamm Days & Harris PA
Sovereign Bank Bldg, Ste 100
1350 Main Street
Springfield, MA 01103
BBO# 548785
Tel 413 731-5800
Fax 413 732-5828
Attorney for Defendants